UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTA M. TALBOT,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. SACV 14-1935 JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.


DATED: September 30, 2015


                                       _____/s/_____
                                       Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE