| | |
|---|---|
| 1 | DONALD R. BUCHANAN   CBN: 110309 |
| 2 | 171 S. ANITA DRIVE |
|   | ORANGE, CA 92868 |
| 3 | Telephone: (714) 567-0188 |
| 4 | Email: Donssatty@aol.com |
| 5 | ATTORNEY FOR CHRISTA M. TALBOT |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTA M. TALBOT | ) | No. SACV 14-01935 FMO (JC) |
|     Plaintiff, | ) | ORDER AWARDING EAJA FEES |
|     v. | ) | |
| Carolyn W. Colvin, Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND-FOUR HUNDRED DOLLARS and no cents ($3,400.00) subject to the terms of the stipulation.

DATE:    December 4, 2015

                                                  _____/s/_____
                                                Honorable Jacqueline Chooljian
                                                United States Magistrate Judge